No. 12–133. AMERICAN EXPRESS CO. ET AL. *v.* ITALIAN COLORS RESTAURANT ET AL. C. A. 2d Cir. [Certiorari granted, *ante,* p. 1006.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. JUSTICE SOTOMAYOR took no part in the consideration or decision of this motion.

No. 12–207. MARYLAND *v.* KING. Ct. App. Md. [Certiorari granted, *ante,* p. 1006.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

FEBRUARY 19, 2013

No. 12–7483. BIRDETTE *v.* CIGPF I CORP. ET AL. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 12–7607. DUMONT *v.* BASSETT MEDICAL CENTER ET AL. C. A. 2d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 12–7680. REVIERE *v.* CALIFORNIA. Sup. Ct. Cal. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 12–7756. MCCARTHY *v.* DAVIS ET AL. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).*

No. 12–7825. BIRDETTE ET UX. *v.* LITHIA CHRISTIAN ACADEMY. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.